IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANIEL TAYLOR, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:19-cv-00153 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| CARL MANNIS, | ) | United States District Judge |
|     Defendant. | ) | |

**MEMORANDUM OPINION**

Plaintiff Daniel Taylor, a Virginia inmate proceeding *pro se,* filed a civil complaint pursuant to 42 U.S.C. § 1983, naming Warden Carl Mannis as the sole defendant. The court conditionally filed the complaint, advised Taylor that the complaint failed to state a claim against Mannis because Taylor failed to allege any facts against or conduct committed by Mannis,[1] and gave Taylor the opportunity to amend the complaint. *See* Dkt. No. 10. The court advised Taylor that in order to proceed with this action, he must file an amended complaint and also warned him that, failure to file an amended complaint would result in dismissal of the complaint. *Id.* Taylor filed no response to the court's order. Inasmuch as Taylor has failed to comply with the court's order within the time allotted, the court will dismiss his complaint without prejudice.

An appropriate order will be entered.

Entered: May 28, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge

---

[1] The only allegation in Taylor's complaint is that "[t]he security personnel and the kitchen personnel did not honor [his] no pork regular diet on several occasions with[in] a five week time span."